**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS

CO-PATENT OWNERS # U.S. 6,889,615,
CO-PATENT OWNERS PCT/US2003/004965, ETAL
**Plaintiff(s)**

v. DETROIT DIESEL,
U.S. DEPARTMENT OF LABOR Reg #5,
PENSKE TRUCK LEASING,
UNITED STATES GOVERNMENT, ET AL
**Defendant(s)**

13CV4136
JUDGE KENDALL
MAG. JUDGE MASON

**RECEIVED**
6 – 4 – 13
JUN X 4 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COMPLAINT AND REQUEST FOR TRIAL BY JURY**

Article III of the U.S. constitution stipulates the Supreme Court shall have original jurisdiction in matters in which a State shall be a party. As the Supreme Court tends to elect appellate jurisdiction, this complaint may be filed in U.S. District Court. Plaintiffs bring this claim in this district as a member of plaintiffs resides in this district establishing diversity and under 15 U.S.C. >§ 9,15 which permits filing in this district. This complaint raises questions whether the Defendant's have violated States Powers under the constitution, and /or 28 U.S.C., Pt 4, Ch 85, >§1338 by taking actions in cases (09-1301-FH, 09-1252-FH, 09-1253 all 22nd Cir MI) after they were removed from the State of Michigan Courts and consolidated in U.S. District Court under 28 U.S.C., Pt 4, Ch 89,>§ 1446, and /or whether State of Michigan lacked standing in removed case (07-2607-DM 22nd Cir MI) to bring charges related to this case, and/or whether any of these actions are prohibited under the 14th Amendment to the U.S. Constitution. This case also involves 35 U.S.C and 37C.F.R. Patent related matters and permitting prosecution by patent owners, and is therefore brought in the court of original, competent, and exclusive jurisdiction. This complaint raises the question whether the State of Michigan sought to conceal its involvement in False Claims to the U.S. under 31 U.S.C. ,>§ 3729-3730. EVIDENCE OF THESE MATTERS HAS ALSO BEEN SUBMITTED TO THE U.S. ATTORNEY GENERAL IN THE D.C. DISTRICT. AS PART OF THE WASSERMAN SCHULTZ DISTRICT ARGUMENT FOR DOJ INTERVENTION.

## ISSUES TO BE PRESENTED

A.  Whether the State of Michigan has violated State's Powers or infringed on U.S. Judicial powers under the U.S. Constitution Article III, Section 1 and/or Article VI, Clause 2, by taking action in a case that was removed from the State Court under 28U.S.C.,Pt 4,Ch 89>§1441-1448.

B.  Whether any actions taken by a State in a case that is removed from that State violate 14th Amendment rights of parties in such a case and/or whether the State of Michigan failed to demonstrate statutory support for its overriding purpose in violations of policy, law, and / or statute in discriminating against Plaintiffs that has a rational basis related to a permissible government objective and therefore has violated equal protection and/or due process prohibitions of the 14th Amendment to the U.S. Constitution and / or equal protection under 42 USC,Ch21, Sch 1, >§ 1981-88.

C.  Whether the State of Michigan violated 28 U.S. C., Pt 4, Ch 85,> §1338  which defines that district courts shall have original jurisdiction of any civil action arising under any Act of Congress relating to patents, as patent ownership and assignment matters are defined under 35 U.S.C and 37 C.F.R.

D.  Whether the banning of Plaintff(s) from their house, papers, and effects, via a court order issued and enforced by the State of Michigan in a case where the state lacks jurisdiction and/ or the case has been removed from Michigan Courts is a violation of unreasonable seizure prohibitions of the 4th Amendment to the U.S. constitution.

E.  WHETHER U.S. DOL FAILED TO AJUDICATE PLAINTIFF'S COMPLAINT UNDER THE FAIR LABOR STANDARDS ACT.

## ARGUMENT ON STATES POWERS

Article VI of the U.S. constitution is explicit;

> "This Constitution, and the laws of the United States which shall be made in
> pursuance thereof; and all treaties made, or which shall be made, under the
> authority of the United States, shall be the supreme law of the land; and the
> judges in every state shall be bound thereby, anything in the Constitution or
> laws of any State to the contrary notwithstanding."

> *United States law shall be the supreme law of the land.*

Furthermore, it reiterates within the framework of the original statement, so as to foolproof
any mis-understanding, that not even contrary elements of the Constitution itself, shall affect
that *United States law shall be the supreme law of the land.*

The founding fathers can be credited with many outstanding examples of foresight, as it is
defensible they were divinely inspired, including the specific phrase in this article that
punctuates to the intended audience that "judges in every state shall be bound thereby".

Article III, Section 1 consolidates the judicial power associated with the supreme law in this
land in the United States Courts, including the U.S. District Courts as congress has
established.

Article III, Section 2 states that the U.S. Supreme Court shall have original jurisdiction in matters where a state shall be a party.

Amendment X clarifies that only powers remaining after power is delegated the United States or not barred by the Constitution to the states, are available to the States in their subordinate legal standing under the U. S. Constitution.

Complementing the checks on upward ambition in powers of the states are amendments and statutes which check the power that states have over individuals such as the 5th Amendment, the 14th Amendment, and 42 U.S.C., Ch 21, Sch1>§1981-1988 among others.

One power of the state that is difficult to check, is the brute threat of deadly police force that is sometimes exercised prior to a United States citizen having access to the U. S. District Courts.  This power often skates the rule of law, causes irreversible damage to lives and families, and illustrates the worst possible of outcome public trust, and highly responsible endowment with authority.  There are a few unflattering quotes and clichés regarding what power can do.

However, the Constitution provides for checks and balances.  This complaint seeks checks and balances in disposition of United States law and the power of the State of Michigan.

Unfortunately, those in power often forget that power can also be used to do the right thing. not above the law, but without involving law.  The power to correct mis-conduct is authorized by mis-conduct itself and is available without hindrance and the effort and expense to cover mis-conduct often greatly exceeds the cost to do the right thing.

The 4th amendment protects the right of the people to be secure in their person, houses. papers, and effects against unreasonable seizures, such as a court procedings banning a person from their papers, effects, office, and legal representatives, when said court order is issued in a case that is already removed from the state.

The statutes providing for removal are 28U.S.C.,Pt 4,Ch 89>§  1441-1448.

Right of a defendant who came within scope of removal statute to order of removal of action from state to federal.district court was absolute. Cook v Nelson (1946) 186 Misc 1018, 62 NYS2d 875; American Surety Co. v Ritchie (1945, Tex Civ App) 191 SW2d 137, revd on other grounds (1946) 145 Tex 422, 198 SW2d 85.

Legislature or judiciary of state can neither defeat right given by constitutional act of Congress to remove cause from court of state into federal court, nor limit effect of such removal. Railway Co. v Whitton's Adm'r (1872) 80 US 270, 13 Wall 270, 20 L Ed 571; Hess v Reynolds (1885)

Right to remove given by constitutional Act of Congress cannot be taken away or abridged by state statute. Courtney v Pradt (1905) 196 US 89, 49 L. Ed 398, 25 S Ct 208.

Removal of cases from state courts to federal courts is acknowledged mode of protecting rights guaranteed under the U. S. Constitution.  Virginia v. rives(1880) 100 US 313, 10 Otto 313, 25 L Ed 667 (ovrld on other grounds as stated in Emigrant Sav. Bank v Elan Management Corp. (1982, CA2 NY) 668 F2d 671).

Right, unrestrained and un-penalized by state action, on compliance with forms required by law of United States to ask removal of cause pending in state to United States court, is of very essence of right to remove conferred by law of United States. Harrison v St. Louis &S.F.R. Co. (1914) 232 US 318, 58 L Ed 621, 34 S Ct 333.

Right to remove action from state court to federal district court under 28 USCS § 1441 is not dependent on state of federal court's docket; otherwise properly removed action may no more be remanded because federal district court considers itself too busy to try it, than action properly filed in federal court in first instance may be dismissed or referred to state court for such reason. Thorntron Prods. v Hermansdorfer (1976) 423 US 336, 46 L. Ed 2d 542, 96 S Ct 584 (ovrld on other grounds as stated in Foster v Chesapeake Ins. Co. (1991, CA3 Pa) 933 F2d 1207).

Case will be remanded to state court where, in action by teacher for order directing contract renewal and for damages under 42 USCS § 1983, defendant sought to remove § 1983 action to federal court, since state court can award all relief available under federal statutes, defendants have no compelling reason to justify removal, and defendants have not alleged any grounds indicating that they cannot secure proper defense in state court. Young v Board of Education (1976, DC Colo) 416 F Supp 1139 (criticized in Ojudun v Daffy's Inc. (2000, SD NY) 2000 US Dist LEXIS 3585). But in the instant compliant instant Plaintiffs have expressed grounds indicating that they cannot secure proper defense in state court due to conflict of interests. The State and/or persons using the powers of the State is the proximate cause of the removed case by and through violations of both civil and criminal statutes in other cases

against instant Plaintiffs and the State seeks to adjudicate the removed case potentially further injuring instant Plaintiffs.

Beyond the absolute right to remove the case, the instant Plaintiffs have expressed the implications of patent and related laws being applicable to the removed case in the notice of removal.

Under 28 U.S. C., Pt 4, Ch 85>§1338, the United States has shall have original and exclusive jurisdiction in patent matters.

Under 35 U.S. C., Ch 1, >§ 2(d) the United States shall have the authority to recognize attorneys, practitioners, agents, or individuals, who may practice before the Court or Patent and Trademark Office.

Under 35 U.S. C., Ch 1, >§ 283 the United States shall have the right of injunction against a state in matters related to patents.

## Statement of Facts 2008-2012

A. A. State of Michigan failed to answer U.S. District Court Complaint 08-23171-FLSD.

B. B. State of Michigan failed to answer U.S. District Court Complaint 08-61022-FLSD.

C. C. State of Michigan failed to answer U.S. District Court Complaint 08-13786-ED.MI

D. D. State of Michigan failed to answer U.S. District Court Subpoena 08-13786-ED. MI & 08-61022 FLSD.

E. E. State of Michigan arrested Plaintiff for matters being decided in U.S. District complaints in which it refused to answer, and did so as a form of witness intimidation and to prohibit exploitation of plaintiffs technology in violation of Antitrust Laws.

F. F. State of Michigan lacked jurisdiction to bring trespass or home invasion charges regarding property where the ownership of the property is pending in U.S. District Court in a case where the State of Michigan failed to assert standing, jurisdiction, or objection to removal in (05-40330 EDMI), which were federal questions in 08-23-171 FLSD.

G. G. State of Michigan appointed counsel who was not qualified in all matters relevant to defense under 35 U.S.C., thereby prohibiting Plaintiff from access to all defenses, and in essence denying counsel.

H. H. State of Michigan failed to acknowledge consolidation of State court cases with federal cases and /or removal thereto.

I. I. State of Michigan failed to recognize plaintiffs motions in State court cases and failed to uphold Michigan Law or federal law in every case involving Plaintiff.

J. J. State of Michigan prosecuted and jailed Plaintiff with bogus charges, to prohibit Plaintiffs testimony in matters before the U.S. District Court where the State was in substantial jeapordy for loss of large sums of money and/or to conceal its criminal acts.

K. State of Michigan has sought to force Plaintiff to abandon his technology and his Business, and seek employment, thereby violating Antitrust Laws.

L. State of Michigan sought to conceal its involvement in false claims to the U.S.

MM. STATE OF MICHIGAN ISSUED BOGUS PROTECTIVE ORDERS AS AN END-AROUND TO PROPERTY MATTERS THAT WERE REMOVED FROM ITS JURISDICTION WHICH RISES TO WITNESS INTIMIDATION.

NN. STATE OF MICHIGAN MADE BOGUS ENTRIES INTO LEIN DEFAMING THE CHARACTER OF PLAINTIFF / COMPLAINTANT.

O.O. THE U.S. DEPARTMENT OF LABOR REG. 5 FAILED TO ADJUDICATE MATTERS UNDER OSHA WHISTLEBLOWER LAW AS PART OF ANTITRUST VIOLATIONS AGAINST PLAINTIFFS.

## STATEMENT OF FACTS

A.    The State of Michigan and/or persons using the powers of the State of Michigan have alleged to institute and execute hearings and or court proceedings, and or executed court proceedings in a case (07-2607-DM 22nd Cir Mich) after said case was legitimately and legally removed from Michigan Courts on November 20, 2007 (The Notice of removal is exhibited in (05-40330 E.D. Mich )) wherein:

B.    Michigan Courts lack competent jurisdiction for all property matters under 35 U.S.C. and or 37 C.F.R as stipulated in the notice of removal.  35 U.S.C points to 28 U.S. C., Pt 4, Ch 85>§1338 for original and exclusive jurisdiction.

C.    Michigan Courts lack proper jurisdiction over parties of other states for all property matters as stipulated in the notice of removal.

D.    Michigan Courts have issued an order dated 11-28-07 to exercise jurisdiction in (07-2607-DM 22nd Cir Mich), a matter affecting property, it's ownership and it's use, without demonstrating a due diligence search for entitlement to ownership or the actual ownership or interests of all affected parties and without demonstrating statutory support or case law support for its decision to do so which is a violation of due process and/or equal protection under the U.S. Constitution.

E.    Michigan Courts have issued an order dated 11-28-07 to exercise jurisdiction in (07-2607- DM 22nd Cir Mich ), a matter affecting property, it's ownership and  it's use,  without demonstrating statutory support or case law support for segregating

one type or item of property from all property which is a violation of due process and/or equal protection under the U.S. Constitution.

F.    Michigan Courts have issued an order dated 11-28-07 to exercise jurisdiction in (07-2607-DM 22nd Cir Mich ), a matter affecting property, it's ownership and it's use, without providing proper notice to all parties with interests in the property without demonstrating statutory support or case law support for its decision to do so which is a violation of due process and/or equal protection under the U.S. Constitution.

G.    Any effort by the State of Michigan to affect this legally and legitimately removed case is a violation of States Powers under the U.S. Constitution.

H.    Actions by a judicial officer of a state in a removed case are not actions taken within the officer's judicial capacity.

I.    Michigan Courts have issued an order dated 11-28-07 to exercise jurisdiction in (07-2607-DM 22nd Cir Mich), a matter affecting property, it's ownership and it's use, and it executed service of process on the order after case removal, without demonstrating statutory support or case law support for its decision to do so which is a violation of due process and/or equal protection under the U.S. Constitution and/or Ex Post Facto doctrines making any claimed violation of the order unconstitutional.

J.    The State of Michigan has a conflict of interests as stipulated in the Notice of Removal as it is a proximate cause of the subject (07-2607-DM) case and seeks to adjudicate the case.

K.    Any court order carries the threat of deadly police force to enforce the order and the State of Michigan has therefore threatened Plaintiff at least once with such force to enforce an order in a case that was legally and legitimately removed from the State of Michigan Courts which is an abuse and violation of States Powers under the U.S. Constitution and may be a violation under Title 18 of U.S. Code.

L.    Michigan Courts have issued an order dated 11-28-07 to exercise jurisdiction in (07-2607-DM22nd Cir Mich), a matter affecting property, it's ownership and it's use, potentially denying and or inhibiting Plaintiff's free and full access to his court records and documents, computer, dwelling, utilities, sustenance, and family, which aid Plaintiff in his effort to pursue his rights in cases cited in the Notice of Removal and the related cases which may violate 42 U.S.C. CH 21,

Sch1, ss 1981-88 et seq, and/or 18 U.S.C. for witness tampering, witness intimidation, and witness retaliation, and has done so without demonstrating statutory support or case law support for its decision to do so which is a violation of due process and/or equal protection under the U.S. Constitution.

M. The State of Michigan and/or persons using the powers of the State of Michigan have discriminated against Plaintiff and other interested parties in the case (07-2607-DM) and cited cases and administrative matters, and has demonstrated no statutory support or case law support for its overriding purpose in discriminating against Plaintiff and other interested parties that has a legitimate purpose related to a permissible governmental objective and has therefore violated the 14th Amendment to the U.S. Constitution.

N. Attorney John R. Bailey PC. (P43677) initiated hearings and other court proceedings in Michigan Courts on 11-29-07 in a case that was removed from Michigan Courts on 11-20-07 and may have committed mal-practice by initiating hearings and other court proceedings in court matters where Attorney John R. Bailey P.C. (P43677) may not be qualified to prosecute before a court or the Patent & Trademark Office.

O. The State of Michigan was fully advised by Notice of Removal dated 11-20-07 and the related public record when it took action 11-28-07 in a case that was removed for its lack of competent and proper jurisdiction, and conflict of interests.

P. Actions taken by the State of Michigan in (07-2607-DM 22nd Cir Mich) involved

complicity of non-judicial persons and thus qualify under 42 USC, CH 21, SCH 1 >§1985 and prohibits protection under judicial immunity.

Q.    Actions taken by the State of Michigan (07-2607-DM) have adversely affected a co-patent owner in an appeal (07-2583) in the Sixth Circuit of the U.S. Court of Appeals, a related matter made known in the Notice of Removal.  The United States Court of Appeals was advised of the interference and failed to take action and is therefore an actor.

R.    Failure of Michigan State Attorney General  / law enforcement to investigate U.S. DOT-Office of Inspector General referral or complaint by Plaintiff regarding illicit activities in State of Michigan Court.

S.   **Class B**

Class B is defined as persons who rely upon the State Courts in the United States and /or United States Courts to uphold Article VI of the U.S. Constitution, and the powers of the U.S. Courts, where facts support they were unable to do so.

T.   **Class C**

Class B is defined as persons who rely upon the State Courts in the United States and/or the United States Courts to uphold Article III of the U.S. Constitution, and the jurisdiction of the U.S. Courts, where facts support they were unable to do so.

U.   **Class D**

Class D is defined as persons who relied upon the States Attorney General to uphold and enforce protections under respective State statutes in accordance with the State Law and the protections of the U.S. Constitution where facts support the Michigan Attorney General was unable to do so.

V.   **Class E**

Class E is defined as persons who were / are injured financially or otherwise, and/or prohibited in any way contrary to their Constitutional rights as U.S. Citizens due to inclusion in Class B, Class C, or Class D, or inclusion in the facts and evidence in the related listed complaints.

W.   35 USC permits patent related actions against a State.

## COMMON ALLEGATIONS

1) This complaint addresses legality of actions by the State and the State's qualification for proper venue and /or appropriateness of Michigan's review of this case and will not address the claims within (07-2607-DM 22nd Cir Mich) which is consolidated with (05-40330 E.D. Mich) awaiting a ruling on change of venue.

2) The Defendats(s), include attorney John R. Bailey (P43677), and include the State of Michigan, which shall include its officers, agencies, courts, agents, representatives, and subdivisions, including but not limited to the county of Washtenaw, and shall also include any named defendant in the future.

3) The Plaintiffs, Co-patent owners, shall include any person or entity that is or has been an owner of title, interests, or suit rights, in the U.S. patent #6,889,615 as applied for, granted, or assigned since its creation, who subscribes as a party to the allegations in this complaint and/or who's legal interests shall be protected by their legal representative in this matter who may or may not, be a party.

4) Per Department of Commerce, Patent & Trademark Office public record, at least one co-patent owner is a citizen of the State of Florida.

5) Some co-patent owners are identified in the case (07-2607-DM 22nd Cir Mich) as removed from Michigan Courts November 20, 2007 and filed in U.S. District Court November 27, 2007.

**COUNT 1**
**VIOLATION OF ARTICLE VI OF THE CONSTITUTION**
**VIOLATION OF STATES POWERS**

Plaintiff incorporates the Common Allegations and Count 1 as set forth in full.

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding, and Defendant(s) have subverted the laws of the United States to the benefit Michigan Law, and State of Michigan judge(s) have not yielded to being bound by United States law, and have therefore violated State's Powers limitations of the U.S. Constitution.

## COUNT 2
### VIOLATION OF 28 U.S.C., Pt 4, Ch 85,>§ 1338
### DISTRICTS COURTS SHALL HAVE ORIGINAL JURISDICTION IN PATENTS

Plaintiff incorporates the Common Allegations and Count 1-2 as set forth in full.

The district courts shall have original jurisdiction of any civil action arising under any Act of Congress relating to patents, plant variety protection, copyrights and trademarks.

The district courts shall have original jurisdiction of any civil action arising under any Act of Congress relating to patents, plant variety protection, copyrights and trademarks, and State of Michigan Courts have initiated court proceedings to exercise jurisdiction in a civil action involving property matters arising under 35 U.S.C. and 37 C.F.R, and/or the Patent and Trademark Office, being Acts of Congress, in matters relating to patents, and/or related matters that were filed in the courts of the United States under 39 U.S. C., and have therefore violated this statute, 28 U.S.C., Pt 4, Ch 85,>§ 1338, and/or the U.S. Constitution.

18

## COUNT 3
### VIOLATION OF 28 U.S.C., Pt 4, Ch 89,>§ 1441- 48
### REMOVAL OF CIVIL ACTION TO DISTRICT COURT

Plaintiff incorporates the Common Allegations and Count 1-3 as set forth in full.


(a) Except as otherwise expressly provided by an Act of Congress, any civil action brought in a state court of which the district court of the United States have original jurisdiction, may be removed by defendant to the district court of the United states for the district and division embracing the place where such action is pending.

(b) Any civil action of which the district court of the United States have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship of parties.


Except as otherwise expressly provided by an Act of Congress, any civil action brought in a state court of which the district court of the United States have original jurisdiction, may be removed by that defendant (this Plaintiff(s)), to the district court of the United states for the district and division embracing the place where such action is pending, and the State of Michigan has initiated court proceedings in a case that was removed from State of Michigan in denial of the right of removal of a civil action involving property matters which are defined and provided by 35 US.C. and 37 C.F.R., and or the Patent and Trademark office, of which the district court of the United States have original and/or exclusive jurisdiction, and/or the related and dependant matters integral to a comprehensive solution to the civil action involving 39 U.S.C and other federal statutes, of which the district court of the United States have original jurisdiction, and have therefore violated Plaintiff's right of removal.

/7

## COUNT 4
## VIOLATION OF ARTICLE III OF THE CONSTITUTION
### INFRINGMENT ON JUDICIAL POWERS OF THE UNITED STATES

Plaintiff incorporates the Common Allegations and Count 1-4 as set forth in full.

Section 1. The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behavior, and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.

Section 1. The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish, and State of Michigan Courts have infringed and/or abridged the judicial power of the United States by initiating court proceedings in matters within the jurisdiction of the United States district courts and/or by initiating court proceedings in matters filed in the United States district courts, and/or by initiating court proceedings in matters removed to district courts of the United States, by Plaintiff(s), in violation of the rights of the Plaintiff(s) protected under the U.S. Constitution, wherein the judicial power of the United States is not vested in the State of Michigan courts.  The judges, both of the supreme and inferior courts, shall hold their offices during good behavior, and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.

18

**COUNT 5**
**VIOLATION OF THE 14TH AMENDMENT TO THE CONSTITUTION**
**DENYING DUE PROCESS AND EQUAL PROTECTION OF THE LAW**

Plaintiff incorporates the Common Allegations and Count 1-5 as set forth in full.

Section1.  All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside.  No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States: nor shall any State deprive any person of liberty, or property, without due process of law: nor deny any person within its jurisdiction the equal protection of the laws.

Defendant(s), shall not make or enforce any law which shall abridge the privileges or immunities of citizens of the United States and Defendant(s) have abridged privileges or immunities of Plaintiff(s) by discriminating against Plaintiff, depriving Plaintiffs of liberty and/or property, without due process of law, and/or equal protection of the laws, by violating 28 U.S.C., Pt4, CH 89>§1441-1448, and/or 28 U.S.C., Pt4, CH 85>§1338, and/or 42 U.S.C., Ch 21, Sch 1>§1981-88 and Defendant(s) and/or State of Michigan have demonstrated no statutory support for its overriding purpose in violation of policy, law, and/or statute in discrimination against Plaintiff(s), that has a rational basis related to a permissible government objective, and therefore has violated the prohibitions of the 14th Amendment to the U. S. Constitution.

**COUNT 6**

**VIOLATION OF 42 U.S.C., CH 21, Sch 1, >§ 1981 EQUAL RIGHTS UNDER THE LAW**

Plaintiff incorporates the Common Allegations and Count 1-6 as set forth in full.

All persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

Plaintiff(s) within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by all citizens, and shall be subject to like punishment, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

20

## COUNT 7
## ENTITLEMENT TO RELIEF UNDER 42 U.S.C., CH 21, Sch 1, >§ 1983
## CIVIL ACTION FOR DEPRIVATION OF CIVIL RIGHTS

Plaintiff incorporates the Common Allegations and Count 1-7 as set forth in full.

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

Defendant(s) who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States, or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured, Plaintiff(s), in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable.

21

## COUNT 8
## VIOLATION OF 42 USC, CH 21, Sch, 1>ss 1985 et seq.  CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS

Plaintiff incorporates the Common Allegations and Count 1-8 as set forth in full.

(1) Preventing officer from performing duties

If two or more persons in any state or Territory conspire to prevent, by force, intimidation, or threat, any person from accepting or holding any office, trust, or place of confidence under the United States, or from discharging any duties thereof, or to induce by like means any officer of the united states to leave any State, district, or place, where his duties as an officer are required to be performed, or to injure him in his person or property on account of his lawful discharge of the duties of his office, or while engaged in the lawful discharge thereof, or to injure his property so as to molest, interrupt, hinder, or impede him in the discharge of his official duties;

(2) Obstructing justice; intimidating party, witness, or juror

If two or more persons in any State or territory conspire to deter, by force, intimidation, any party or witness in any court of the united states from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such a juror in his person or property on account of nay manner, the due course of justice in any State or Territory, with intent to deny any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the

15 72

equal protection of the laws.

**(3) Depriving persons of rights or privileges**

It two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State, or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or any Member of Congress of the United States, or to injure any citizen in person or property on account of support or advocacy; in any case of such conspiracy set forth in this section, if one or more persons, engage therein do,  or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person and property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

Defendants have conspired to deter, by force, intimidation, Plaintiffs or a witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such a juror in his person or property on account of any manner, the due course of justice in any state or territory, with intent to deny any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce the right of any person, or class of persons to the equal protection of the law, by cooperating to deny Plaintiff(s) benefit of case removal from state court, and/or by unreasonable seizure of Plaintiff(s) property, papers, and affects, and/or by interfering with an appeal in the U.S. Court of Appeals, and/or by threatening Plaintiff(s) with deadly force.

Defendants conspired for the purpose of depriving, either directly or indirectly , Plaintiffs of the equal protection of the laws, or for the purpose of preventing or hindering the constituted authorities of the United States from giving or securing to Plaintiffs within the United States the equal protection of the laws; by discriminating against and depriving Plaintiffs their right to sue, be parties,  give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property, wherein neither defendant has demonstrated any statutory support for their overriding purpose in violation of policy, and/or law, and or statue in discrimination against Plaintiff that has a rational basis related to a permissible government objective and therefore has violated the prohibitions of 42 USC, Ch21, Sch1 >§1981-85 and in such conspiracy set forth in this section, if Defendants engage therein do, or cause to be done any act in furtherance of the object of such conspiracy, whereby Plaintiffs, so injured or deprived may have an action for the recovery of damages

occasioned by such injury or deprivation against any one or more of the Defendants , and/or conspirators not yet known or named as Defendants.

## COUNT 9
## VIOLATION OF THE 4TH AMENDMENT TO THE U. S. CONSTITUTION BY COMMITTING AN UNREASONABLE SEIZURE

Plaintiffs incorporate common allegations and Count 1-9 as set forth in full.

AMENDMENT IV

The right of the people to be secure in their person, houses, papers, and effects against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized.

The right of the Plaintiffs to be secure in their person, houses, papers, and effects against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched and the persons or things to be seized, and Defendants violated the Plaintiffs right to be secure in their person, houses, papers, and effects against unreasonable seizures by and through Defendants issuance and enforcement of a court order banning Plaintiffs from their house, papers, and effects when said court order was contemplated and issued in a case that was already removed from the state court, and /or removed from Defendant's jurisdiction, and Defendants have demonstrated no statutory support for its overriding purpose in violation of policy, law, and/or statute in discrimination against Plaintiffs, that has a rational basis related to a permissible government objective, and therefore has violated the prohibitions of the 4th Amendment to the U. S. Constitution.

## COUNT 10
## VIOLATION OF THE SHERMAN ACT, THE WILSON TARIFF ACT, THE CLAYTON ACT
## 15 U.S.C., Ch 1, ET AL

Plaintiff incorporates the common allegations and Counts 1-10 as set forth in full.

### §1

Defendant(s) combination in the form of trust or otherwise, or conspiracy, in restraint of trade or commerce among the several States, or with foreign nations, is declared to be illegal. Every Defendant who shall make any contract or engage in any combination or conspiracy hereby declared to be illegal shall be deemed guilty of a felony, and Defendant(s) did combine via appearance of statutory authority, and/or discretion of position, and/or abuse of power of public trust, and/or otherwise illegally to restrain trade and commerce of, and/or suppress the development and exploitation of technology and /or competition related to Plaintiff(s) by and through blocking Plaintiff's income, and/or protecting conspirators from legal review of their actions, and/or attempting to place Plaintiff(s) in legal jeopardy, and/or obstructing legal judgments or rulings, and/or interfering with Plaintiff's U.S. Postal mailings, and/or interfering with Plaintiff's conduct of commerce, and/or failing to investigate Plaintiff's complaints of offenses, and/or illegal seizure of Plaintiff's papers and effects, and/or interfering with Plaintiff's employment, and/or harassment of Plaintiff(s) families, and/or intimidating or tampering with Plaintiff(s) a known witness, and/or obstructing justice, and/or denial of due process or equal protection of the law, and/or violation of State's powers,  in violation of the Sherman Act and/or;

### §2

Defendant(s) monopolized, or attempted to monopolize, or combine or conspire with any other person or persons, to monopolize any part of the trade or commerce among the several States, or with foreign nations, shall be deemed guilty of a felony,  and Defendant(s) did

22

combine via appearance of statutory authority, and/or discretion of position, and/or abuse of power of public trust, and/or otherwise illegally to restrain trade and commerce of, and/or suppress the development and exploitation of technology and /or competition related to Plaintiff(s) by and through blocking Plaintiff's income, and/or protecting conspirators from legal review of their actions, and/or attempting to place Plaintiff(s) in legal jeopardy, and/or obstructing legal judgments or rulings, and/or interfering with Plaintiff's U.S. Postal mailings, and/or interfering with Plaintiff's conduct of commerce, and/or failing to investigate Plaintiff's complaints of offenses, and/or illegal seizure of Plaintiff's papers and effects, and/or interfering with Plaintiff's employment, and/or harassment of Plaintiff(s) families, and/or intimidating or tampering with Plaintiff(s) a known witness, and/or obstructing justice, and/or denial of due process or equal protection of the law, and/or violation of State's powers,  in violation of the Sherman Act and/or;

### §3

Defendant(s) combination in form of trust or otherwise, or conspiracy, in restraint of trade or commerce in any Territory of the United States or of the District of Columbia, or in restraint of trade or commerce between any such Territory and another, or between any such Territory or Territories and any State or States or the District of Columbia, or with foreign nations, or between the District of Columbia and any State or States or foreign nations, is declared illegal.   Every Defendant who shall make any such contract or engage in any such combination or conspiracy, shall be deemed guilty of a felony,  and Defendant(s) did combine via appearance of statutory authority, and/or discretion of position, and/or abuse of power of public trust, and/or otherwise illegally to restrain trade and commerce of, and/or suppress the development and exploitation of technology and /or competition related to Plaintiff(s) by and through blocking Plaintiff's income, and/or protecting conspirators from legal review of their

23

actions, and/or attempting to place Plaintiff(s) in legal jeopardy, and/or obstructing legal judgments or rulings, and/or interfering with Plaintiff's U.S. Postal mailings, and/or interfering with Plaintiff's conduct of commerce, and/or failing to investigate Plaintiff's complaints of offenses, and/or illegal seizure of Plaintiff's papers and effects, and/or interfering with Plaintiff's employment, and/or harassment of Plaintiff(s) families, and/or intimidating or tampering with Plaintiff(s) a known witness, and/or obstructing justice, and/or denial of due process or equal protection of the law, and/or violation of State's powers,  in violation of the Sherman Act and/or;

## §5

Whenever it shall appear to the court before which any proceeding under section 4 of this title may be pending, that the ends of justice require that other parties should be brought before the court, the court may cause them to be summoned, whether they reside in the district in which the court is held or not; and the ends of justice for Plaintiff(s) does require that other parties should be brought before the court in a Class Action as Defendant(s) and/or their combination or conspiracy, have injured numerous Plaintiffs by acts forbidden in the antitrust laws, who have been restrained in trade and/or commerce in violation of the Sherman Act and/or ;

## §6

Any property owned by Defendant(s) under any contract or by any combination, or pursuant to any conspiracy (and being the subject thereof) mentioned in section 1 of this title, and being in the course of transportation from one State to another, or to a foreign country,  may be seized and condemned by like proceedings as those provided by law for the forfeiture, seizure, and condemnation of property imported into the United States contrary to law, AND/OR;

24

§8

Defendant(s) combination, conspiracy, trust, agreement, or contract is declared to be contrary to public policy, illegal, and void when the same is made by or between two or more persons or corporations, either of whom, as agent or principal, is engaged in importing any article from any foreign country into the United States, and when such combination, conspiracy, trust, agreement, or contract is intended to operate in restraint of lawful trade, or free competition in lawful trade or commerce, or to increase the market price in any part of the United States of any article or articles imported or intended to be imported into the United States, or of any manufacture into which such imported article enters or is intended to enter. Every person who shall be engaged in the importation of goods or any commodity from any foreign country in violation of this section, or who shall combine or conspire with another to violate the same, is guilty of a misdemeanor, and Defendant(s) did combine via appearance of statutory authority, and/or discretion of position, and/or abuse of power of public trust, and/or otherwise illegally conspire, when such combination, or conspiracy, is intended to operate in restraint of lawful trade, or free competition in lawful trade or commerce, or to increase the market price in any part of the United States of any article or articles imported or intended to be imported into the United States, or of any manufacture into which such imported article enters or is intended to enter, related to competition with Plaintiff(s) by and through by blocking Plaintiff's income, and/or protecting conspirators from legal review of their actions, and/or attempting to place Plaintiff(s) in legal jeopardy, and/or obstructing legal judgments or rulings, and/or interfering with Plaintiff's U.S. Postal mailings, and/or interfering with Plaintiff's conduct of commerce, and/or failing to investigate Plaintiff's complaints of offenses, and/or illegal seizure of Plaintiff's papers and effects, and/or interfering with Plaintiff's employment, and/or harassment of Plaintiff(s) families, and/or intimidating or tampering with Plaintiff(s) a known witness, and/or obstructing justice, and/or denial of due

25

process or equal protection of the law, and/or violation of State's powers, in violation of the Wilson Tariff Act and/or;

## §11

Any property owned by Defendant(s) under any contract or by any combination, or pursuant to any conspiracy, and being the subject thereof, mentioned in section 8 of this title, imported into and being within the United States or being in the course of transportation from one State to another, or to or from a Territory or the District of Columbia, may be seized and condemned by like proceedings as those provided by law for the forfeiture, seizure, and condemnation of property imported into the United States contrary to law, AND/OR ,

## §14

It shall be unlawful for Defendant(s) engaged in commerce, in the course of such commerce, to lease or make a sale or contract for sale of goods, wares, merchandise, machinery, supplies, or other commodities, whether patented or unpatented, for use, consumption, or resale within the United States or any Territory thereof or the District of Columbia or any insular possession or other place under the jurisdiction of the United States, or fix a price charged therefore, or discount from, or rebate upon, such price, on the condition, agreement, or understanding that the lessee or purchaser thereof shall not use or deal in the goods, wares, merchandise, machinery, supplies, or other commodities of a competitor or competitors of the lessor or seller, where the effect of such lease, sale, or contract for sale or such condition, agreement, or understanding may be to substantially lessen competition or tend to create a monopoly in any line of commerce, and Defendant(s) did in the course of such commerce, to lease or make a sale or contract for sale of goods, wares, merchandise, machinery, supplies, or other commodities, fix a price of a contract for employment, on the

26

condition, agreement, or understanding that the Plaintiff shall not use or deal in the goods, wares, merchandise, machinery, supplies, or other commodities of competitors or self, where the effect of such contract for employment or such condition, agreement, or understanding may be to substantially lessen competition, and Defendant(s) did combine via appearance of statutory authority, and/or discretion of position, and/or abuse of power of public trust, and/or otherwise illegally to restrain trade and commerce of, and/or suppress the development and exploitation of technology and /or competition related to Plaintiff(s) by and through blocking Plaintiff's income, and/or protecting conspirators from legal review of their actions, and/or attempting to place Plaintiff(s) in legal jeopardy, and/or obstructing legal judgments or rulings, and/or interfering with Plaintiff's U.S. Postal mailings, and/or interfering with Plaintiff's conduct of commerce, and/or failing to investigate Plaintiff's complaints of offenses, and/or illegal seizure of Plaintiff's papers and effects, and/or interfering with Plaintiff's employment, and/or harassment of Plaintiff(s) families, and/or intimidating or tampering with Plaintiff(s) a known witness, and/or obstructing justice, and/or denial of due process or equal protection of the law, and/or violation of State's powers,  in violation of the Clayton Act and/or;

## §15

Except as provided in subsection (b) of this section, any Plaintiff(s) who shall be injured in his business or property by reason of anything forbidden in the antitrust laws may sue therefore in any district court of the United States in the district in which the Defendant(s) resides or is found or has an agent, without respect to the amount in controversy, and shall recover threefold the damages by him sustained, and the cost of suit, including a reasonable attorney's fee, and Plaintiff(s) were injured in business and property by  reason of things forbidden in the antitrust laws and brings the instant complaint to recover damages sustained, costs, and fees as permitted by this statute.

27

Wherefore,

Plaintiff prays this honorable court grant relief and enter a judgement for the Plaintiff, against

the Defendant, *UNITED STATES* under 15 U.S.C. >1-15, Antitrust Laws for not less than

*2,100,000,000*, and in an amount commensurate with punitive damages for mental distress

and deprivation and/or abridging of rights and deliberate injury associated with tenor of these

proceedings, and defamation of personal character, and the gravity of these claims as

described in this complaint and attachments,

and,

Free and clear release of any assessments, liens, judgement, debts against Plaintiff, and

Plaintiff's wife, family, estate, successors, and assigns,

As provided under 42 UCS, CH 21, Sch1>§1981-88,

and, *VACATION OF (09-1591 PPO 22 ND CIR. MI.) AND,*

vacation of all judgments and orders in (07-2607-DM 22nd Cir. MI) and injunction against the

State of Michigan and the State of Florida per 35 U.S.C. >§283.


The above information is submitted to the best of my knowledge and belief.

Plaintiff,
Paul Bridgewater
14261 N.W. 23rd Place
Opa-Locka, FL 33054
For Co-Patent owners PCT/US2003/004965
An association under 37CFR.

Crystal Johnson

*+ CO-PATENT OWNERS # 6,889,615*

Ex # 1

<table>
<tr><td colspan="2">SENDER: COMPLETE THIS SECTION</td><td colspan="2">COMPLETE THIS SECTION ON DELIVERY</td></tr>
</table>

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TIM REARDON
REG. ADMINISTRATOR
USDOL - ESA
230 SOUTH DEARBORN ST.
RM. 530
CHICAGO, IL 60604

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

RECEIVED
AUG 1 7 2005
U.S. DEPT. OF LABOR

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7004 2890 0002 1601 4659

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Ex #2

**Receipt For Payment of Lost or Denied Wages,**
**Employment Benefits, or Other Compensation**

As computed or approved by the Wage and Hour Division

**U.S. Department of Labor**
Wage and Hour Division
Employment Standards Administration



I, ____PAUL BRIDGEWATER____, hereby acknowledge receipt of payment in full
(Type or print name of employee)

from ____BRIARWOOD FORD SERVICES   LLC____
(Name and location of establishment)

for the period beginning with the workweek ending ____8/7/04____ through the workweek

ending ____11/6/04____ of unpaid wages, employment benefits, or other compensation due me
(as shown in the column to the right) under the Act(s) indicated in the marked box(es):

| | | |
|---|---|---|
| [X] The Fair Labor Standards Act [1] | [ ] The Service Contract Act | Gross amount $ _87307_ |
| [ ] The Employee Polygraph Protection Act [2] | [ ] The Davis-Bacon and Related Acts | Legal deductions $ _—_ |
| [ ] The Family and Medical Leave Act [3] | [ ] The Contract Work Hours and Safety Standards Act | |
| [ ] The Walsh-Healey Public Contracts Act | [ ] Title III - Consumer Credit Protection Act | Net amount received $ _873.07_ |
| [ ] H2A | [ ] Other _____ | |

[1] **NOTICE TO EMPLOYEE UNDER THE FAIR LABOR STANDARDS ACT** - Your acceptance of back wages due under the Fair Labor Standards Act means that you have given up any right you may have to bring suit for such back wages under Section 16(b) of that Act. Section 16(b) provides that an employee may bring suit on his/her own behalf for unpaid minimum wages and/or overtime compensation and an equal amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitations applies to the recovery of back wages. Do not sign this receipt unless you have actually received payment of the back wages due.

[2] **NOTICE TO EMPLOYEE UNDER THE EMPLOYEE POLYGRAPH PROTECTION ACT** - Your acceptance of lost wages and benefits under the Employee Polygraph Protection Act means that you have given up any right you may have to bring suit for such lost wages and benefits, attorney's fees and court costs. Generally, a 3-year statute of limitations applies to the recovery of lost wages and benefits. Do not sign this receipt unless you have actually received payment of the amounts due.

[3] **NOTICE TO EMPLOYEE UNDER THE FAMILY AND MEDICAL LEAVE ACT** - Your acceptance of lost or denied wages, employment benefits, or other compensation due under the Family and Medical Leave Act means that you have given up any right you may have to bring suit for such amounts under Section 107(a) of that Act. Section 107(a) provides that an employee may bring suit on his/her own behalf for lost or denied wages, salary, employment benefits or other compensation, interest on the lost or denied amounts calculated at the prevailing rate, an additional amount as liquidated damages, plus attorney's fees and court costs. Generally, a 2-year statute of limitations applies to the recovery of amounts due. Do not sign this receipt unless you have actually received payment of the amounts due.

Signature of employee _____

Date _____ Address _____
(Number, Street, (Apt. No.), City, State, ZIP Code)

**EMPLOYER'S CERTIFICATION**
**To Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor**

I hereby certify that I have on this (date)_____ paid the above-named employee
in full covering lost or denied wages, employment benefits, or other compensation as stated above.

Signed _____ Title _____
(Employer or authorized representative)

[1]315

PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT OR MISREPRESENTATION
UNDER U.S. CODE, TITLE 18, SEC. 1001.

Ex#3



Post-July 2009

Rights of Action Against All Defendants Not yet claimed or filed.

Rights of Action Against Non-Governmental Defendants

Pre-July 2009

Components of District-17(24) FL, Argument For DOJ Antitrust

Rights of Action Against Governmental Defendants

Pre-July 2009

*Ex. A*

November 16, 2007

101 Green Hills Drive
Saline, MI 48176



Hon: Nancy C. Francis
22nd Judicial Circuit
County Probate
101 E. Huron St.
P.O. Box 8645
Ann Arbor, MI 48107

**Re:** Notice of Removal of (07-2607-DM) to U. S. District Court (06-40330 E.D. Mich /
07-61540 S. D. Fla)

1.      The Michigan Courts lack competent jurisdiction for all property matters requiring
decisions under 35 U.S.C or under 37 C.F.R as these relate to patents, patent rights,
and / or their ownership and /or lacks proper jurisdiction under 39 U.S.C. as acts under
this statute have affected patent rights and/or ownership or entitlements to both adults
and /or minors.  These property matters and parties were before the proper court in
(07-61540 S.D. Fla.) when the Michigan complaint ( 07-2607-DM) was filed, and (07-
61540 S.D. Fla) is still subject to appeal at the time of this removal.


2.      The Michigan Courts lack proper jurisdiction over citizens of other states who are
parties in the property matters being decided, and who were named in (07-61540 S.D.
Fla).   These property matters and parties were before the proper court in (07-61540
S.D. Fla.) when the Michigan complaint ( 07-2607-DM) was filed, and (07-61540 S.D.
Fla) is still subject to appeal at the time of this removal.

2607-DM

1 of 2

Ex A.

3.    The State of Michigan, by denying equal protection and due process of law MCL 408.

1065 in MIOSHA Case (D-03-048-1), and other acts, has created a conflict of

interests for itself in the procedural dismantling of Paul Bridgewater's family due to

marriage breakdown for which the State of Michigan is a proximate cause by way of

discrimination interfering with the adjudication of his employment and income. The

State of Michigan also has a conflict of interests in adjudicating any proceeding,

actions, or body of laws under the purview of its Department of Labor where

jurisdiction by the Department of Labor could be exercised to conceal its violations of

statute, acts, or failure to act regarding Paul Bridgewater. These discrimination

matters and parties were before the proper court in (07-61540 S.D. Fla.) when the

Michigan complaint (07-2607-DM) was filed, and (07-61540 S.D. Fla) is still subject to

appeal at the time of this removal.

Respectfully Submitted,

Paul Bridgewater

C:/ ISAIAH 54:17

2607-DM

2 OF 2
Notice of Removal

*Ex B.*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**Paul Bridgewater**                                    **Hon:  Paul V. Gadola**
                                                        **Magistrate: Cape**
                                                        **Case# 05-40330**


**v.**



FILED

NOV 2 7 2007

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

**City of Detroit**
**Bank One, Delaware**
**Roy, Schecter, & Vocht, PC**
**Et.al**

## REQUEST / MOTION FOR CHANGE OF VENUE or REMOVAL  (05-40330 E. D. Mich)

The questions within (07-61540 FL S.D.) and (05-40330 E.D. Mich) include among others

whether the U. S. District Courts and/or the U. S. Attorney General violated  31 U.S.C, Subt

III, CH 37, Subc III, 3729-30 in the ruling for (05-70416 E.D. Mich) and whether such violation

creates a 14th Amendment violation and / or a resulting tort claim under 28 U.S. C., Pt 4, CH

171, >2674  and / or 42 U.S. C., CH 21, Subc 1>§1981 –  81a for actual, compensatory,

consequential, or particular damages as affirmative misconduct enlist these parties as a

proximate cause of the instant complaint.


Since this U.S. District Court cannot review its own ruling in (05-70416 E.D. Mich), hence the

doctrine establishing the Appeals Courts, the Eastern District of Michigan Courts would be

disqualified from adjudicating this case.


The Justice Department and the Attorney General for all districts would be disqualified by its

statutory connection and the necessity to review its actions in the ruling on (05-70416 E.D.

(2 or 4)

Ex B.



Mich), as the Supreme Court has followed the ancient maxim that "no man shall be a judge in his own cause" [i].

In (07-61540 FL S.D. ) Judge Cohn,  when writing for the Southern District of Florida, suggests that a District Court cannot review the ruling of another District Court at the same level.

In the partial dismissal of (05-40330 E.D. Mich), the Court elected not to operate independently of the Michigan Courts and instead cites comity and decides not exercise jurisdiction in matters of state law.  This stance surrenders the lead in the search for judicial independence to the Plaintiff, and makes state law moot in this case.

The State of Michigan has created conflicts of interests for itself in adjudicating this case by denying Plaintiff equal protection or due process of OSHA law, and other laws some of which were stipulated in (05-70416 E.D. Mich), thereby becoming a proximate cause of the instant complaint.  Furthermore, by denying Plaintiff the rights afforded all citizens of the State, the State has sought to deny Plaintiff citizenship.  With state law made void by the ruling in (05-40330 E.D. Mich), Plaintiff invokes the Immigration and Naturalization Act and /or the McCarran Walter Bill of 1952, Public Law No 82-414, for matters of citizenship.

With appropriate review by the State of Michigan, the U.S. District Courts, or the Attorney General stained, this Court must self induce equitable estoppel and release this Plaintiff to search for judicial independence in an unaffected court.  The Plaintiff has a right to be heard while afforded reasonable advocacy of counsel under the review of an independent and non-biased judiciary  This doctrine is supported not only by each of the 50 individual states. but

(3 OF 4)



by the U. S. Constitution, and is echoed by each member of the United Nations in its charter under Articles 1,2,6,7,8,10,12,16,23, and 27.

While every person is subject to personal bias as self-willed, sovereign thinking individuals, such personal bias must not be allowed to enter into governing the people or the rule of law.

If the Court fails to permit this request for Change of Venue, the district courts contradict themselves, the justification for the appeals courts is brought to naught, mis-conduct may be concealed, and the United States commits a wide-eyed revocation of its support for international law and documents its hypocrisy in everything it purports to represent.

(07-61540 FL S.D.), and (05-70416 E.D. Mich), and (05-40330 E.D. Mich) are herein consolidated together and include other consolidated cases as filed.

The above information is submitted to the best of my knowledge and belief. Plaintiff request this Honorable Court grant this Motion for Change of Venue or Removal per 28 U.S.C.

_____   1-27-09

Plaintiff,                                               Attorney's for Plaintiff,
Paul Bridgewater
101 Green Hills Drive
Saline, MI 48176

_____

Tumey v. Ohio, 273 U.S. 510, 47 S.Ct. 437, 71 L.Ed. 749 (1927)
Ward v. village of Monroeville, Ohio, 409 U.S. 57, 93 S. Ct. 80, 34 L.Ed. 2d 267 (1972)
Texaco, Inc. v. FTC 336 F.2d 754 (D.C. Cir 1964), vacated on other grounds
    381 U.S. 739, 85 S.Ct. 1798, 14 L.Ed.2d 714 (1965)

(4 OF 4)

*Ex. C.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CO-PATENT OWNERS
# U.S. 6,889,615,

        Plaintiff,

                                     CASE NO.  08-CV-13786

-vs-

                                     PAUL D. BORMAN
STATE OF MICHIGAN, et al.,            UNITED STATES DISTRICT JUDGE

        Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Before the Court is Plaintiffs' Application to Proceed Without Prepayment of Fees and Affidavit filed on July 3, 2008 in the United States District Court for the Southern District of Florida.  (Case No. 08-61022-CIV-ZLOCH).  United States District Judge William J. Zloch transferred the action to this Court on August 22, 2008.

Having considered Plaintiffs' application to proceed without prepayment of fees under 28 U.S.C. § 1915, IT IS ORDERED that the application is GRANTED.

**SO ORDERED.**

                            S/Paul D. Borman_____
                            PAUL D. BORMAN
                            UNITED STATES DISTRICT JUDGE

Dated:  February 27, 2009



_Ex C._

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on
February 27, 2009.


                                    S/Denise Goodine
                                    Case Manager

Ex D₆

To authorize this form, call (517) 373-0730
Target Information Management, Inc.
Approved, SCAO

Original - Court
1st copy - Law enforcement agency (file) (green)
2nd copy - Respondent (blue)
3rd copy - Petitioner (pink)
4th copy - Return (yellow)
5th copy - Return (goldenrod)

| | | | |
|---|---|---|---|
| **STATE OF MICHIGAN** **22** **JUDICIAL CIRCUIT COUNTY** Ⓐ | **PERSONAL PROTECTION ORDER** ☐ EX PARTE (DOMESTIC RELATIONSHIP) | Ⓑ | **CASE NO.** *Francis* CN **09-1591PP** |

Ⓒ Court address
ORI
MI- 101 E. Huron     Ann Arbor   MI 48104     Court telephone no.

Petitioner's name    Karen Hagan-Bridgewater

Respondent's name, address, telephone no., and DLN   Paul Bridgewater   Various addresses in S. Florida

Address and telephone no. where court can reach petitioner
101 Green Hills Drive
Saline MI 48176

Ⓓ

| Height | Weight | Race | Sex | Date of birth or Age | Hair color | Eye color | Other identifying information |
|---|---|---|---|---|---|---|---|
| 5'10" | 170 | Black | M | 45 Yrs. | Black | Brown | Drives 1997 FORD Van |

*These items must be filled in for the police/sheriff to enter on LEIN; the other items are not required but are helpful.    **Needed for NCIC entry.

Date: _____   Judge: _____   ☐ no hearing. ☐ after hearing.

☑ 1. A petition requested respondent be prohibited from entry onto the premises, and either the parties are married, petitioner has property interest in the premises, or respondent does not have a property interest in the premises.

☐ 2. Petitioner requested an ex parte order which should be entered without notice because irreparable injury, loss, or damage will result from the delay required to give notice or notice itself will precipitate adverse action before the order can be issued.

** ☐ 3. Respondent poses a credible threat to the physical safety of the petitioner and/or a child of the petitioner.

** ☐ 4. The respondent ☑ **is the spouse or former spouse of the petitioner, had a child in common with the petitioner, or is residing or had resided in the same household as the petitioner. ☐ has or had a dating relationship with the petitioner.

5. _____ is prohibited from:

☐ a. entering onto property where petitioner lives.

☐ b. entering onto property at _____

** ☐ c. assaulting, attacking, beating, molesting, or wounding _____

☐ d. removing minor children from petitioner who has **legal** custody, except as allowed by custody or parenting time order provided removal of the children does not violate other conditions of this order. An existing custody order is dated _____ An existing parenting time order is dated _____

** ☑ e. stalking as defined under MCL 750.411h and MCL 750.411i which includes but is not limited to:
 ☐ following petitioner or appearing within his/her sight.     ☐ appearing at petitioner's workplace or residence.
 ☐ sending mail or other communications to petitioner.     ☐ contacting petitioner by telephone.
 ☑ approaching or confronting petitioner in a public place or on private property.
 ☑ entering onto or remaining on property owned, leased, or occupied by petitioner.
 ☐ placing an object on or delivering an object to property owned, leased, or occupied by petitioner.

☐ f. interfering with petitioner's efforts to remove his/her children/personal property from premises solely owned/leased by respondent.

** ☐ g. threatening to kill or physically injure _____

☐ h. interfering with petitioner at his/her place of employment or education or engaging in conduct that impairs his/her employment or educational relationship or environment.

☐ i. having access to information in records concerning a minor child of petitioner and respondent that will reveal petitioner's address, telephone number, or employment address or that will reveal the child's address or telephone number.

** ☐ j. purchasing or possessing a firearm.

6. As a result of this order, federal and/or state law may prohibit you from possessing or purchasing ammunition or a firearm (including a rifle, pistol, or revolver).

7. Violation of this order subjects respondent to immediate arrest and to the civil and criminal contempt powers of the court. If found guilty, respondent shall be imprisoned for not more than 93 days and may be fined not more than $500.00.

8. **This order is effective when signed, enforceable immediately, and remains in effect until** _____ .
This order is enforceable anywhere in this state by any law enforcement agency when signed by a judge, and upon service, may also be enforced by another state, an Indian tribe, or a territory of the United States. If respondent violates this order in a jurisdiction other than this state, respondent is subject to enforcement and penalties of the state, Indian tribe, or United States territory under whose jurisdiction the violation occurred.

9. The court clerk shall file this order with _____ who will enter it into the LEIN.

10. Respondent may file a motion to modify or terminate this order. For ex parte orders, the motion must be filed within 14 days after being served with or receiving actual notice of the order. Forms and instructions are available from the clerk of court.

11. A motion to extend the order must be filed 3 days before the expiration date in item 8 or else a new petition must be filed.

Scanned 8/27/2009

Date and time issued _____   Judge _____   Bar no. _____

**CC 376** (1/08)  **PERSONAL PROTECTION ORDER (Domestic Relationship)**     MCL 600.2950, MCR 3.705, MCR 3.706, 18 USC 922(g)(8)(c)

*EX. G.*

*COPY TO FOC*

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR THE COUNTY OF WASHTENAW**

Clerk's Notice
Mailed

**KAREN HOGAN-BRIDGEWATER,**
    Plaintiff,

Case No. ~~08~~ *07*-2607-DM
**HONORABLE NANCY C. FRANCIS**

vs.

**PAUL BRIDGEWATER,**
    Defendant.

FILED
WASHTENAW COUNTY, MI
2008 JUL - 7 P 4: 03
LAWRENCE KESTENBAUM
COUNTY CLERK/REGISTER

JOHN R. BAILEY, P.C.
**JOHN R. BAILEY (P43677)**
Attorney for Plaintiff
316 Ecorse Rd., Ste. 103
Ypsilanti, Michigan 48198
(734) 485-3232
                             /

CIRCUIT COURT
DATE    PG. NO.
JUL 11 2008   8 3 1 1 0

**DEFAULT JUDGMENT OF DIVORCE**

~~Date of Hearing~~: _____
PRESENT: HONORABLE NANCY C. FRANCIS
Date of Entry: _____*7-3-08*_____

    THIS CAUSE having come before this Court on the Complaint of; KAREN HOGAN-BRIDGEWATER, Plaintiff herein; and PAUL BRIDGEWATER, the Defendant herein; and the proofs having been taken in open court from which it satisfactorily appears to this Court that the material facts alleged in the Complaint are true; and that there has been a breakdown in the marriage relationship to the extent that the objects of matrimony have been destroyed and there remains no reasonable likelihood that the marriage can be preserved:

**DISSOLUTION OF MARRIAGE**

    IT IS HEREBY ORDERED AND ADJUDGED that this Court by virtue of the authority therein vested, and in pursuance of the statute in such case made and provided, DOTH ORDER AND ADJUDGE, that the marriage between the Plaintiff, KAREN HOGAN-BRIDGEWATER,

1

## WHEN JUDGMENT BECOMES FINAL

IT IS FURTHER ORDERED AND ADJUDGED that this JUDGMENT OF DIVORCE shall become final upon signing by the Judge.

**HONORABLE NANCY C. FRANCIS,**
Circuit Court Judge

**KAREN HOGAN-BRIDEGWATER,**
Plaintiff

**JOHN R. BAILEY (P43677),**
Attorney for Plaintiff

As to form only – note that Advice of Rights signed only by Plaintiff
Thomas J. Schwartz P24584
for Washtenaw Co. Friend of Court

RAMONA L. FERNANDEZ P51736
Senior Assistant Prosecuting Attorney
Appearance entered. Form approved.

CIRCUIT COURT PG. NO.
DATE JUL 11 2008 3 1 2 0

11

*EX. F,*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
/ DISTRICT OF COLUMBIA

CO-PATENT OWNERS #6,889,615      **Case 08-13016**   *HOLDER / ROBERTS*

v.

RODNEY
PENSKE TRUCK LEASING,
STATE OF MICHIGAN,
U. S. GOVERNMENT, ET.AL

2013 JUN -3 P 2: 5?

U.S. DIST. COURT CLERK
EAST. DIST. MICHIGAN
DETROIT

<u>NOTICE OF FILING IN</u>
<u>DISTRICT ARGUMENTS FOR DOJ ANTITRUST INTERVENTION BEFORE THE JUSTICE DEPARTMENT
IN THE DISTRICT OF COLUMBIA WHEREIN 08-13016 E.D.M.I. IS CONSOLIDATED</u>

1) Plaintiffs hereby advise the DOJ that 08-13016 EDMI and 08-23171 FLSD both include financial
records /receipts/cancelled checks that reflect Plaintiffs funds were solicited and used by a
defendant to establish multiple trips to Plaintiffs property in the process of gaining access to
Plaintiffs / plaintiffs court records /files/ evidence/personal possessions in violation of 18 U.S.C.
>1509-1513 despite duly being warned as evidenced in police reports connected to bogus
personal protection orders issued by Judge Wheeler(Francis) in the 22nd Cir. Court against Paul
Bridgewater (Ref. Yr 2008-9, i.e case 09-1501 or 09-1509) where defendant(s) acted as
witness(es) for foundation of bogus protection orders.   These violations also make Defendant(s)
party to antitrust claims and subject to penalties thereof where no defendant can claim benefit
of illicit acts by other defendants where under 15 U.S.C.>1-15 cooperation by defendants has
been claimed.

2) Defendant "Rodney" present in Pittsfield Police reports, can show no due diligence effort to
avoid this jeopardy after being duly warned by Plaintiff stay away from 101 Green Hills Drive,
Saline, MI and subsequently participated in bogus protection orders against Plaintiff, and may
have caused reason for pregnancy test by Plaintiffs wife in 2008.

_____

Alexis N. Bridgewater for Co-Patent Owners #6,889,615